# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- |
| | **(For a Petty Offense)** |
| v. | CASE NUMBER: 06-mj-01259 |
| | pro-se |
| BAKARI JILES | |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
| --- | --- | --- | --- |
| 18 USC § 641 | THEFT | 9/27/06 | 1 |

Defendant to complete a level 2 theft, multiple offender, pattern behavior class, 20 hours of community service and 6 months unsupervised probation.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | **Assessment** | **Fine** |
| --- | --- | --- |
| **Total:** | None | $250.00 payable to AAFES |

12/8/06
Date of Imposition of Judgment

s/Edward Schlatter
Signature of Judicial Officer

O. Edward Schlatter, U.S. Magistrate Judge
Name & Title of Judicial Officer

12/8/06
Date